UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE OF THE STATE OF
MICHIGAN,

        Plaintiff,                              Case No. 1:16-cv-166

v.                                            HON. JANET T. NEFF

DARREN EDWARD DYKSTRA,

        Defendant.
_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

This is a civil action. On April 15, 2016, the Magistrate Judge filed a Report and Recommendation, recommending that this matter be remanded to state court. The Report and Recommendation was duly served on Defendant. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is REMANDED to the state court from which this case was removed for the reasons stated in the Report and Recommendation.


Dated: May 3, 2016                                        /s/Janet T. Neff
                                                                JANET T. NEFF
                                                                United States District Judge